BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-079 (AWI) |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE MOTIONS HEARING; ORDER THEREON** |
| v. | ) ) | |
| SUONG HEM, | ) ) | |
| Defendant. | ) ) ) ) | DATE: October 24, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

On August 22, 2011, with the parties' agreement, the Court ordered that motions in this case be heard on October 17, 2011 at 9:00 a.m. Just recently, however, the government attorney on this case was informed that he has been accepted to a course at the National Advocacy Center, for which he will be out of town on the hearing date. The government has conferred with defense counsel in the matter, and has determined that October 24, 2011 would be an acceptable alternate hearing date.

The parties, therefore, stipulate and request that the motions hearing in this matter be continued to October 24, 2011 at 9:00 a.m., with time excluded from now until the disposition of all motions, on the bases that motions will be under advisement, and that the ends of justice accomplished by allowing time for briefing and for all parties to be present at the motions hearing, outweigh the defendant's and public's interest in a speedy trial.

1

18 U.S.C. §§ 3161(H)(1)(D), 3161(H)(7)(A) (2011).

BENJAMIN B. WAGNER
United States Attorney

DATED: September 1, 2011   By: /s/ Yasin Mohammad
                          YASIN MOHAMMAD
                          Assistant U.S. Attorney

DATED: September 1, 2011   /s/ Victor Chaves
                          VICTOR CHAVEZ
                          Attorney for Defendant

ORDER

IS HEREBY ORDERED THAT that the motions hearing in this matter be continued to October 24, 2011 at 9:00 a.m., with time excluded from now until the disposition of all motions, on the bases that motions will be under advisement, and that the ends of justice accomplished by allowing time for briefing, and for all parties to be present at the motions hearing, outweigh the defendant's and public's interest in a speedy trial. 18 U.S.C. §§ 3161(H)(1)(D), 3161(H)(7)(A) (2011).

IT IS SO ORDERED.

Dated:   September 1, 2011

CHIEF UNITED STATES DISTRICT JUDGE