```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5

 6  Attorney for Defendant
    SUONG HEM
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-cr-0079 AWI |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING MOTIONS HEARING; ORDER |
| v. | ) |
| SUONG HEM, | ) |
| Defendant. | ) Date: January 30, 2012<br>) Time: 9:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Suong Hem, that the motions hearing currently set for January 9, 2012, **may be continued to January 30, 2012 at 9:00 a.m.**

Defense counsel seeks this stipulation as he will be out of town on annual leave from January 9, 2012 to January 22, 2012.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

///

| | | |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 5, 2012 | By: | /s/ *Yasin Mohammad*<br>YASIN MOHAMMAD<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 5, 2012 | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>SUONG HEM |

**ORDER**

IT IS SO ORDERED.

Dated: January 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE