BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-079 (AWI) |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL AND ASSOCIATED DATES** |
| v. | |
| SUONG HEM, | DATE: March 20, 2012<br>TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

The parties hereby stipulate that the trial in this matter be continued to March 20, 2012 and the dates in the Court's Pre-Trial Order change accordingly as follows:

1. Motions *in limine* filed: February 27, 2012
2. Motions *in limine* responses: March 8, 2012
3. Motions *in limine* and Trial Confirmation Hearing: March 12, 2012
4. The following filings with the Court: March 15, 2012
    a. Jury Instructions
    b. Verdict Form
    c. Witness List
    d. Exhibit Binders
    e. Voir Dire
    f. Joint Summary
    g. Trial Brief

1

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: | February 23, 2012 | By: /s/ Yasin Mohammad<br>YASIN MOHAMMAD<br>Assistant U.S. Attorney |
| DATED: | February 23, 2012 | /s/ Victor Chavez<br>VICTOR CHAVEZ<br>Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-079 (AWI) |
|---|---|
| Plaintiff, | ) **ORDER CONTINUING TRIAL** |
| | ) **AND ASSOCIATED DATES** |
| v. | ) |
| SUONG HEM, | ) DATE: March 20, 2012 |
| | ) TIME: 8:30 a.m. |
| Defendant. | ) JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY ORDERED THAT the trial in this matter shall be continued to March 20, 2012, and the dates in the Court's Pre-Trial Order shall change accordingly as follows:

1. Motions *in limine* filed: February 27, 2012
2. Motions *in limine* responses: March 8, 2012
3. Motions *in limine* and Trial Confirmation Hearing: March 12, 2012
4. The following filings with the Court: March 15, 2012
    a. Jury Instructions
    b. Verdict Form
    c. Witness List
    d. Exhibit Binders
    e. Voir Dire
    f. Joint Summary
    g. Trial Brief

IT IS SO ORDERED.

Dated: February 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE