BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-CR-079 AWI |
| Plaintiff, | **MOTION TO DISMISS A COUNT IN THE INTEREST OF JUSTICE** |
| v. | |
| SUONG HEM, | |
| Defendant. | |

IN THE INTEREST OF JUSTICE, the United States, hereby, moves to dismiss Count Two of the Superseding Indictment filed June 30, 2011 (Doc. 12): Possession by an Inmate of a Weapon or Object Designed to be Used as a Weapon in violation of 18 U.S.C. §§ 1791(a)(2), (b)(3), (c).

DATED: March 8, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Yasin Mohammad .
    YASIN MOHAMMAD
    Assistant U.S. Attorney

**ORDER**

Upon Motion by the government, it is hereby ORDERED that Count Two of the Superseding Indictment filed June 30, 2011 (Doc. 12)—Possession by an Inmate of a Weapon or Object Designed to be Used as a Weapon in violation of 18 U.S.C. §§ 1791(a)(2), (b)(3), (c)—is DISMISSED *in the interest of justice*.

IT IS SO ORDERED.

Dated: March 9, 2012

CHIEF UNITED STATES DISTRICT JUDGE